UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACEY N. THOMPSON,

    Plaintiff,

    v.

TNDC, et al.,

    Defendants.

Case No. 18-cv-05057-PJH

**JUDGMENT**

The court having dismissed this case,

it is Ordered and Adjudged

that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: May 10, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge